# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNATHON WILLIAMS

NO. 2025 KW 0884

**OCTOBER 2, 2025**

---

In Re:    Johnathon Williams, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2300900, Division C.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

> **MRT**
> **AHP**
> **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT